# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | | |
|---|---|---|
| G4S SECURE SOLUTIONS (USA) INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Fed. Cl. No. _____ |
| | ) | |
| THE UNITED STATES | ) | Judge _____ |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff G4S Secure Solutions (USA) Inc. (hereinafter "G4S," the "Company" or the "Plaintiff"), hereby advises the Court that its direct parent in the United States is G4S Holding One, Inc., a Delaware corporation, and that the Company's ultimate parent is G4S plc, a British company whose stock is publicly traded on the London and Copenhagen stock exchanges.

Dated: September 7, 2018     Respectfully submitted,

/s/ Gerald H. Werfel
Gerald H. Werfel, Esq. (Counsel of Record)
H. Todd Whay, Esq.
**BAKER, CRONOGUE, TOLLE & WERFEL, LLP**
1320 Old Chain Bridge Road, Suite 200
McLean, Virginia 22101
703-448-1810 (telephone)
703-448-3336 (facsimile)

# CERTIFICATE OF SERVICE

       I hereby certify that on this 7th day of September 2018, I caused a true and correct copy of the foregoing PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT to be sent by the delivery method indicated below to the following:

       United States Department of Justice (*via e-mail*)
       Commercial Litigation Branch
       1100 L Street, NW, 8th Floor
       Washington, DC 20530
       E-Mail: nationalcourts.bidprotest@usdoj.gov

       /s/ Gerald H. Werfel
       Gerald H. Werfel, Esq. (Counsel of Record)
       H. Todd Whay, Esq.
       **BAKER, CRONOGUE, TOLLE & WERFEL, LLP**
       1320 Old Chain Bridge Road, Suite 200
       McLean, Virginia 22101
       703-448-1810 (telephone)
       703-448-3336 (facsimile)